AUSA

FILED
OCT 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. 07 MJ 8827 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Jose SANCHEZ-Larios, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 1, 2007 within the Southern District of California, defendant Jose SANCHEZ-Larios, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Marco Miranda
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Jose SANCHEZ-Larios

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, Robert Perez, that the Defendant was found and arrested on October 1, 2007 east of Calexico, California.

BPA Perez was performing his assigned Border Patrol duties approximately 25 miles west of Calexico, California. BPA Perez encountered three individuals, one later identified as Jose SANCHEZ-Larios. BPA Perez identified himself as a Border Patrol Agent and questioned SANCHEZ and the other individuals as to their immigration status. They all stated they are citizens of Mexico and illegally in the United States. SANCHEZ and the other two individuals were placed under arrest.

Record checks revealed that an Immigration Judge ordered SANCHEZ deported to Mexico from the United States on February 10, 1998. Record checks also revealed that SANCHEZ has a criminal record.

BPA Vera read SANCHEZ his rights as per Miranda and was witnessed by BPA Saldana.

SANCHEZ stated that he is a citizen of Mexico. SANCHEZ stated that his intentions were to travel to Indio, California to live and work. There is no evidence ~~RAMIREZ~~ SANCHEZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

(2)