```
                                        07 OCT 30 PM 12:25

                                        CLERK, US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 2968 JM |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Sec. 1326(a) – Deported Alien Found in the United States |
| FRANCISCO JAVIER GARCIA-CARRIZOZA (T/N), aka Jose Sanchez-Larios, ) | |
| Defendant. ) | |

The grand jury charges:

On or about October 1, 2007, within the Southern District of California, defendant FRANCISCO JAVIER GARCIA-CARRIZOZA (T/N), aka Jose Sanchez-Larios, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's

//

//

//

JJO:nlv:Imperial
10/30/07

reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: October 30, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2