1 **SHAFFY MOEL**
Cal. Bar No. 238732
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 shaffy_moel@fd.org

5

Attorneys for Mr. Garcia-Carrizoza
6

7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10
(**HONORABLE JEFFREY T. MILLER**)
11

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | U.S.D.C. NO. 07CR2968-JTM |
|                                 ) | |
| Plaintiff,                      ) | Date:  December 7, 2007 |
|                                 ) | Time: 11:00 a.m. |
| v.                              ) | |
|                                 ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JAVIER GARCIA-CARRIZOZA,        ) | 1) COMPEL DISCOVERY AND PRESERVE |
|                                 ) | EVIDENCE; AND |
| Defendant.                      ) | 2) LEAVE TO FILE FURTHER MOTIONS |
|                                 ) | |
| _____ ) | _____ |

18 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:
19

20     PLEASE TAKE NOTICE that on December 7, 2007, at 11:00 a.m. or as soon thereafter as counsel

21 may be heard, the defendant, Javier Garcia-Carrizoza, by and through his counsel, Shaffy Moeel and Federal

22 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Javier Garcia-Carrizoza, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery and preserve evidence; and
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: November 27, 2007        */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Garcia-Carrizoza