1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Garcia-Carrizoza

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JEFFREY T. MILLER)**

11 UNITED STATES OF AMERICA,        )  CASE NO. 07CR2968-JTM
                                    )
12           Plaintiff,             )
                                    )  JOINT MOTION TO CONTINUE
13 v.                               )  HEARING
                                    )
14 **FRANCISCO GARCIA-CARRIZOZA**,  )
                                    )
15           Defendant.             )
                                    )

17     Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Garcia-Carrizoza, along with Assistant United States

19 Attorney Randy Jones, that the sentencing hearing in the above-mentioned case should be continued from

20 March 28, 2008 at 9:00 a.m. until April 25, 2008 at 9:00 a.m.

21     **SO STIPULATED.**

23 Dated: March 24, 2008           /s/ Shaffy Moeel
                                   SHAFFY MOEEL
24                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Garcia-Carrizoza

26 Dated: March 24, 2008           /s/ Randy Jones
                                   RANDY MONES
27                                 Assistant United States Attorney

07CR2968

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Randy K Jones**
Randy.Jones2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Monica.Zamora@usdoj.gov

Dated: March 24, 2008

                        */s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

07CR2968