UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2968-JTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| FRANCISCO GARCIA-CARRIZOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel have jointly requested to continue the sentencing hearing currently scheduled before Judge Miller on March 28, 2008 at 9:00 a.m. The Court DENIES this request and orders the parties to appear as scheduled in Courtroom 16 to further discuss the need for this continuance.

**IT IS SO ORDERED.**

DATED: March 26, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

07CR2968